IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 15-cv-00096-GPG

EKUETA PALEGA,

    Applicant,

v.

D. DENHAM, Warden,

    Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to the January 15, 2015 Order Directing Applicant to Cure Deficiencies (ECF No. 4), Mr. Pelaga has submitted, on the incorrect form, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5).  In order to cure the deficiencies in this action, Applicant must file, on the court-approved forms, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  Applicant may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit.

    The clerk of the court is directed to mail to Mr. Pelaga, along with a copy of this minute order, the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. Applicant shall have **thirty (30) days from the date of this minute order** to cure the deficiencies. If Applicant fails to cure all of the deficiencies within the time allowed, the action will be dismissed without prejudice, and without further notice.

Dated:  February 23, 2015