IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 15-cv-00096-GPG

EKUETA PALEGA,

    Plaintiff,

v.

D. DENHAM, Warden,
FEDERAL BUREAU OF PRISONS, and
PRESENTENCE REPORTER (PSR),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 15, 2015, the Court entered an Order Directing Mr. Palega to Cure Deficiencies in this action within 30 days. (ECF No. 4). In response to that Order, Mr. Palega submitted, on the incorrect form, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5). In a February 23, 2015 Minute Order, the Court informed Mr. Palega that in order to cure the deficiencies in this action, he must file, on the court-approved forms, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. (ECF No. 6). The Court further instructed Mr. Palega that he may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit. (*Id.*). In the February 23 Minute Order, the Court granted Mr. Palega an additional 30 days to cure deficiencies. (*Id.*). The Court further directed the clerk of the court to mail to Mr. Palega copies of the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The forms were sent to Mr. Palega the same day. (ECF No. 7).

    On March 31, 2015, Mr. Palega filed a Prisoner Complaint (ECF No. 8) and a certified copy of his trust fund account statement (ECF No. 9), in compliance with the January 15 Order. However, he did not file the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or the authorization for disbursement of funds from his prisoner trust fund account. These forms were mailed to him on February 23, 2015. The Court will afford Mr. Palega one final opportunity to file these documents, in compliance with the January 15 Order and the February 23 Minute Order. **Accordingly, Mr. Palega shall have thirty (30) days from this Minute Order to file the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the authorization for disbursement of funds from his prisoner trust fund account.**

      Failure to comply with this Minute Order will result in dismissal of this action without further notice.

Dated:  March 31, 2015